UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALLIOPE AMORPHOUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FLIPBOARD, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-03138-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 55 |

　　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: June 20, 2016

_____
WILLIAM H. ORRICK
United States District Judge